# MEMORANDUM ENDORSED

**Law Offices of Jonathan Strauss**
233 Broadway - Suite 900
New York, NY 10279
Tel: (212) 792-7948
Fax: (212) 267-2110

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 3 2023
```

June 30th, 2023

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street, Room 2260
New York, NY 10007

RE: <u>Ottou v. Dreamland Security Services, Inc.</u>
Index No.23-CV-2941 (GHW)

Dear Honorable Justice Woods:

  I represent the defendant herein and I am writing to request that Docket #18 of the matter herein be sealed. I have spoken with Plaintiff's counsel and he consents to this request. On June 26th, 2023, I inappropriately filed my Rule 26 disclosures with Documents annexed. While I should never have filed any of the aforementioned documents in the first place, the documents that were mistakenly annexed contain a single social security number. The annexed documents were mislabeled and therefore I unintentionally filed them. Once plaintiff's counsel and the Court alerted me to my error of the inappropriate filing, I took immediate steps to rectify my mistake. Currently docket #18 is under temporary seal. Based on the foregoing, I most respectfully request that docket #18 be permanently sealed.

Respectfully Submitted,

*Jonathan Strauss*

cc: Geoffrey Kalender, Esq. via ECF & Email

Application granted. The document was not presented to the Court for consideration in connection with any matter. Therefore, it is not a judicial document and may be sealed in its entirety. The Clerk of Court is directed to limit the viewing level for Dkt. No. 18 so that it can be viewed only by the parties and the Court. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.
Dated: July 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge